IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01896-OES

ERICA D. WILLIAMS,

    Applicant,

v.

GOVENOR [sic] BILL OWENS,
EXECUTIVE DIRECTOR JOE ORTIZ, and
WARDEN JAMES ABBOTT, Attorney General,

    Respondents.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 - 2005

GREGORY C. LANGHAM
CLERK

---

## ORDER DISMISSING CASE

---

This matter is before the Court on the notice of dismissal that Applicant Erica D.

Williams submitted **pro se** and the Court filed on November 14, 2005.  In the notice of

dismissal, which was submitted in response to the November 2, 2005, order to file

amended application and to show cause, Ms. Williams informs the Court that she wants

to dismiss voluntarily and without prejudice her habeas corpus application.

    The Court will treat the November 14, 2005, notice of dismissal as a notice of

voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the [applicant] without order

of court (I) by filing a notice of dismissal at any time before service by the adverse party

of an answer or of a motion for summary judgment."  No response has been filed by

Respondents in this action.  A voluntary dismissal pursuant to Rule 41(a)(1) is effective

immediately upon the filing of a written notice of dismissal, and no subsequent court

order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See **Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the notice of dismissal that Applicant Erica D. Williams submitted ***pro se*** and the Court filed on November 14, 2005, in response to the November 2, 2005, order to file amended application and to show cause, is treated as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of November 14, 2005, the date the notice of voluntary dismissal was filed in this action. It is

FURTHER ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 28 day of _____ Nov. _____, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01896-OES

Erica D. Williams
Prisoner No. 65317
CWCF
P.O. Box 500
Canon City, CO 81215-0500

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on____*12-1-05*____

GREGORY C. LANGHAM, CLERK

By:_____
           Deputy Clerk